UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

APR 8 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

ABIRA MEDICAL LABORATORIES, LLC, DBA: Genesis Diagnostics,

Plaintiff - Appellant,

v.

ANTHEM BLUE CROSS LIFE AND HEALTH INSURANCE COMPANY and BLUE CROSS OF CALIFORNIA, DBA: Anthem Blue Cross,

Defendants - Appellees,

and

JOHN DOES, 1 through 100; ABC Companies, 1 through 100,

Defendant.

No. 25-5860

D.C. No.
2:25-cv-03220-WLH-RAO
Central District of California,
Los Angeles

ORDER

Pursuant to the parties' stipulation (Docket Entry No. 27), this appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT